IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSEPH L. PFLANZ,

    Plaintiff,

vs.                                  CASE NO.: 4:07cv265-SPM/WCS

DIGIMARC CORPORATION and
DIGIMARC ID SYSTEMS, INC.,
through its parent company,
DIGIMARC CORPORATION,

    Defendants.

_____/

## ORDER OF DISMISSAL

Upon notification from counsel for Plaintiff that this case has settled, pursuant to Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 22nd day of January, 2008.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge